## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. ANN STAPLETON, et al.,** | : | |
| **Plaintiffs** | : | No. 4:15-cv-2323 |
| | : | |
| **v.** | : | (Judge Kane) |
| | : | |
| **PENNS VALLEY AREA** | : | |
| **SCHOOL DISTRICT,** | : | |
| **Defendant** | : | |

## ORDER

**ACCORDINGLY**, on this 1st day of June 2016, **IT IS HEREBY ORDERED THAT** Defendant's motion to dismiss (Doc. No. 17), is **DENIED**.

      S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania