# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ANN STAPLETON, et al., <br>     Plaintiffs <br><br> v. <br><br> PENNS VALLEY AREA <br> SCHOOL DISTRICT, <br>     Defendant | No. 4:15-cv-02323 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, on this 12th day of December 2017, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiffs Dr. Ann Stapleton, Mark Benfer, and Benjamin Benfer's motion for summary judgment on Count I of the complaint (Doc. No. 47), is **DENIED**;

2) Defendant Penns Valley Area School District's motion for summary judgment on Counts I and II of the complaint (Doc. No. 44), is **GRANTED**; and

3) The Clerk is directed to enter judgment in favor of Defendant Penns Valley Area School District and against Plaintiffs Dr. Ann Stapleton, Mark Benfer, and Benjamin Benfer, and to **CLOSE** this case.

                                                                         s/ Yvette Kane
                                                            Yvette Kane, District Judge
                                                            United States District Court
                                                            Middle District of Pennsylvania